

# Missouri Court of Appeals
## Southern District

**JULY 29, 2015**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.      Case No.  SD33672

        Re:     IN THE INTEREST OF:
                D.L.P., Minor,
                THE GREENE COUNTY JUVENILE
                OFFICE,
                Petitioner-Respondent,
                v.
                H.A.E., Mother,
                Respondent-Appellant.